1  ROGER M. MANSUKHANI (SBN 164463)
   rmansukhani@grsm.com
2  JOAN C. WOODARD (SBN 129710)
   jwoodard@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   3 Parkcenter Drive, Suite 200
4  Sacramento, CA 95825
   Telephone: (916) 565-2900
5  Facsimile: (916) 920-4402

6  Attorneys for Defendant
   SCHWAN'S CONSUMER BRANDS, INC.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| 11  AMANDA O'CONNOR, as an individual and on behalf of all others similarly situated, | ) CASE NO. 2:19-cv-00556-JAM-AC |
|---|---|
| 12 | ) **STIPULATION TO REMAND CASE** |
| 13                       Plaintiffs, | ) **TO THE CALIFORNIA STATE** |
|   | ) **COURT AND ORDER** |
| 14  vs. | ) |
| 15  SCHWAN'S CONSUMER BRANDS, INC., a Georgia corporation; and DOES 1 through 50, inclusive, | ) |
| 16 | ) |
| 17                       Defendants. | ) |

18      WHEREAS, on February 8, 2019, Plaintiff Amanda O'Connor ("Plaintiff") filed the

19  operative complaint in this action ("Complaint");

20      WHEREAS, on March 29, 2019, Defendant Schwan's Consumer Brands, Inc. filed a

21  Notice of Removal to remove the case to the United States District Court Eastern District of

22  California;

23      WHEREAS, the parties have met and conferred regarding Plaintiff's request that

24  Defendant stipulate to remand the case to the Superior Court of the State of California, County of

25  Sacramento;

26      WHEREAS, Plaintiff and Defendant stipulate to remand the case to the California

27  Superior Court, County of Sacramento;

28      WHEREAS, said stipulation is without prejudice to Defendant to file a Notice of

-1-

1 | Removal in accordance with 28 U.S.C. 1446(c).

2 | As such, THE UNDERSIGNED PARTIES STIPULATE that the instant matter captioned *Amanda O'Connor v. Schwan's Consumer Brands, Inc.* (Case No. 2:19-cv-00556-JAM-AC) be remanded to Superior Court of the State of California, County of Sacramento.

IT IS SO STIPULATED:

Dated: April 17, 2019        DIVERSITY LAW GROUP, P.C.

By: /s/ *Kristen Agnew*  (by authorization, 4/17/19)
Kristen Agnew
Attorney for Plaintiff
AMANDA O'CONNOR, as an individual
and on behalf of all others similarly situated

Dated: April 17, 2019        POLARIS LAW GROUP LLP

By: /s/ *William L. Marder* (by authorization, 4/17/19)
William L. Marder
Attorney for Plaintiff
AMANDA O'CONNOR, as an individual
and on behalf of all others similarly situated

Dated: April 17, 2019        GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Joan C. Woodard*
Joan C. Woodard
Attorney for Defendant
SCHWAN'S CONSUMER BRANDS, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT IS ORDERED** that this matter entitled *Amanda O'Connor v. Schwan's Consumer Brands, Inc.* (Case No. 2:19-cv-00556-JAM-AC) be remanded to Superior Court of the State of California, County of Sacramento.

Dated: 4/18/2019   /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

Gordon Rees Scully Mansukhani, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825